IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

ROBERT SHOULDERS                                                                   PLAINTIFF

VS.                                                               CASE NO. 3:07cv236-HTW-LRA

TERRY N. LOVELACE and
UTILITY CONSTRUCTORS, INC.                                                    DEFENDANTS

## ORDER

Before this court is the defendant's, Terry N. Lovelace ("Lovelace"), motion to compel plaintiff's discovery responses [docket # 110]. Prior to the hearing, the parties announced to the court that the plaintiff had agreed to provide his discovery responses within ten (10) days, and the defendant, based on plaintiff's proposed responses, agreed to withdraw his request for sanctions based on plaintiff's prior failure to respond. Following the announced agreement, the parties also announced the agreement of the parties to the granting of Lovelace's separately filed Motion for Summary Judgment, which the court granted via separate order. As all claims against Lovelace are being dismissed with prejudice, the court finds the subject motion to compel filed by Lovelace is moot.

IT IS THEREFORE HEREBY ORDERED that the Motion to Compel Plaintiff's Discovery Responses filed by Defendant Lovelace is hereby denied as moot inasmuch as all claims asserted by plaintiff against Lovelace are being dismissed with prejudice.

**SO ORDERED** this the 29th day of August, 2008.

**s/ HENRY T. WINGATE**
_____
CHIEF UNITED STATES DISTRICT JUDGE