**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION**

ROBERT SHOULDERS                                                                              PLAINTIFF

VS.                                                                         CASE NO. 3:07cv236-HTW-LRA

TERRY N. LOVELACE and
UTILITY CONSTRUCTORS, INC.                                                             DEFENDANTS

### ORDER

Before this court is the defendants', Utility Constructors, Inc. ("UCI") and Terry Lovelace ("Lovelace"), Motion to Strike Affidavits and Witnesses [docket # 105]. Plaintiff did not file a response to the subject motion, and further agreed at the hearing on the subject motion to the granting of the defendants' motion. Accordingly, the motion shall be granted.

IT IS THEREFORE HEREBY ORDERED that Defendants' Motion to Strike Affidavits and Witnesses is hereby **granted.**

**SO ORDERED** this the 29th day of August, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE