### IN THE UNITED STATES DISTRICT COURT
### FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
### JACKSON DIVISION

ROBERT SHOULDERS                                                                                  PLAINTIFF

VS.                                                                          CASE NO. 3:07cv236-HTW-LRA

TERRY N. LOVELACE and
UTILITY CONSTRUCTORS, INC.                                                          DEFENDANTS

### ORDER

Before this court is the defendant's, Terry N. Lovelace ("Lovelace"), motion for summary judgment [docket # 106], pursuant to Federal Rule of Civil Procedure 56. Prior to the hearing, the parties announced to the court that the Plaintiff had agreed to dismiss, with prejudice, all claims asserted against Lovelace. Accordingly, by agreement of the parties, the motion shall be granted and all claims remaining against Lovelace shall be dismissed with prejudice.

IT IS THEREFORE HEREBY ORDERED that the Motion for Summary Judgment filed by Defendant Lovelace is hereby granted and all of Plaintiff's remaining claims against Lovelace are hereby dismissed with prejudice.

**SO ORDERED** this the 29TH day of August, 2008.

**s/ HENRY T. WINGATE**

_____
CHIEF UNITED STATES DISTRICT JUDGE